IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02198-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

DAWANE ARTHUR MALLETT,

      Plaintiff,

v.

K. VARGAS,
PAYNE,
DAVID B. BERKEBILE,
PATRICIA RANGEL,
R. MARTINEZ,
PAUL LAIRD,
A. ALVAREZ, and
J. MARTINEZ,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff, a federal prisoner in Colorado, has filed *pro se* a Prisoner Complaint

(ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 (ECF No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR

8.1(b), the court has determined that the documents are deficient as described in this

order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in

this court in this action.  Any papers that Plaintiff files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted.

(2)    ___    is missing affidavit

(3)    xx    is missing a certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)    ___    trust fund account statement is missing certification by authorized prison official.

(5)    ___    is missing required financial information

(6)    ___    is missing authorization to calculate and disburse filing fee payments

(7)    ___    is missing an original signature by the prisoner

(8)    ___    is not on proper form

(9)    ___    names in caption do not match names in caption of complaint, petition or habeas application

(10)    __    other: _____

**Complaint, Petition or Application**:

(11)    ___    is not submitted

(12)    ___    is not on proper form

(13)    ___    is not signed by the Plaintiff

(14)    ___    is missing page nos. ___

(15)    ___    uses et al. instead of listing all parties in caption

(16)    ___    names in caption do not match names in text

(17)    ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18)    __    other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty  days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this order** the action will be dismissed without further notice.

DATED August 8, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge