**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02198-CMA-MJW

DAWANE ARTHUR MALLETT,

    Plaintiff,

v.

J. MARTINEZ, Correctional Officer,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion to Dismiss of Judge Christine M. Arguello entered on August 4, 2015 it is

ORDERED that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute and to obey orders of the Court.

Dated at Denver, Colorado this 4th day of August, 2015.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                  By: s/  V. Barnes
                                              V. Barnes
                                              Deputy Clerk